AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE ATTACHED

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
SEE ATTACHED

**DEFENDANT - U.S.**
▶ JUAN A. RAMON & GRAVIELA MIRANDA

**DISTRICT COURT NUMBER**
CR 07    0426

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DEREK OWENS

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 5/22/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

Penalty Sheet Attached
United States v. Juan Ramon and Graviela Miranda
File Number: 2007R00779

**Offense Charged for Defendants Ramon and Miranda:**

(1)   Count one:   21 U.S.C. § 844(a) - Simple Possession (Methamphetamine) - <u>Class A Misdemeanor</u>

**Additional Offense Charged for Defendant Ramon:**

(2)   Count two:   18 U.S.C. § 1028(a)(4) - Fraud in Connection with Identification Documents - <u>Class A Misdemeanor</u>

**Penalty:**

(1)   Count one:   Maximum prison term:              1 year
                   Maximum fine:                    $250,000
                   Mandatory minimum fine:          $1,000
                   Mandatory special assessment fee: $25
                   Supervised release:              1 year

(2)   Count two:   Maximum prison term:              1 year
                   Maximum fine:                    $100,000
                   Mandatory special assessment fee: $25

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 JUL -9 PM 3: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| UNITED STATES OF AMERICA, | ) CR 07 0426 |
|---|---|
| Plaintiff, | ) No. |
| | ) VIOLATIONS: Title 21 - United States Code, Section 844(a) - Possession of a Controlled Substance (Class A Misdemeanor); Title 18 - United States Code, Section 1028(a)(4) - Fraud and Related Activity in Connection with Identification Documents (Class A Misdemeanor) |
| v. | |
| JUAN AGUAYA RAMON, a/k/a Abel Jimenez Ortega, and GRAVIELA MIRANDA, | |
| Defendants. | |
| | ) SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:   Title 21 - United States Code, Section 844(a) - Possession of a Controlled Substance (Class A Misdemeanor)

On or about May 22, 2007, in the Northern District of California, within the boundaries of an area administered by the National Park Service, the defendants,

//

INFORMATION

1  |  JUAN AGUAYA RAMON, a/k/a Abel Jimenez Ortega, and
2  |  GRAVIELA MIRANDA,
3  did knowingly and intentionally possess a schedule II controlled substance, to wit: a mixture of
4  substances containing a measurable quantity of methamphetamine, in violation of Title 21,
5  United States Code, Section 844(a), a Class A misdemeanor.
6
7  COUNT TWO:    Title 18 - United States Code, Section 1028(a)(4) - Fraud and Related
                Activity in Connection with Identification Documents (Class A
8               Misdemeanor)
9      On or about May 22, 2007, in the Northern District of California, within the boundaries of an
10 area administered by the National Park Service, the defendant,
11 |  JUAN AGUAYA RAMON, a/k/a Abel Jimenez Ortega,
12 did knowingly possess an identification document, other than one issued lawfully for the use of
13 the defendant, with the intent that such document be used to defraud the United States.
14
15 DATED: July 9, 2007                    SCOTT N. SCHOOLS
                                          United States Attorney
16
17
18                                        /s/ Ioana Petrou
                                          IOANA PETROU
19                                        Chief, Major Crimes Section

20 (Approved as to form: _____ )
                          DEREK R. OWENS
21                        Assistant United States Attorney
22 //
23 //
24 //
25 //
26 //
27 //
28 //

INFORMATION