SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0426 MAG |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| JUAN AGUAYA RAMON, a/k/a Abel Jimenez Ortega, and GRAVIELA MIRANDA, | ) | |
| Defendants. | ) | |

Having reviewed the Declaration of Sophia Karkazis, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendants, Graviela Miranda, 51 Ward Street, Healdsburg, California, 95448, and Juan Aguaya Ramon, 1235 Aberdeen Drive, San Jose, California, 95122, to appear on July 24, 2007 at 9:30 a.m. before Magistrate Judge James Larson to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____          _____
                                                                  JAMES LARSON
                                                                  United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0426 MAG