SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,                    )     Case No. CR 07-0426 MAG
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )     ~~[PROPOSED]~~ ORDER FOR SUMMONS
                                             )     ~~XXXXXXXX~~
JUAN AGUAYA RAMON, a/k/a Abel                )
Jimenez Ortega, and                          )
GRAVIELA MIRANDA,                            )
                                             )
            Defendants.                      )
_____  )

      Having reviewed the Declaration of Sophia Karkazis, the Court finds that probable cause

exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.

58(d)(3), the Clerk of Court is directed to issue a summons directing the defendants, Graviela

Miranda, 51 Ward Street, Healdsburg, California, 95448, and Juan Aguaya Ramon, 1235

Aberdeen Drive, San Jose, California, 95122, to appear on July 24, 2007 at 9:30 a.m. before

Magistrate Judge James Larson to answer the Information that has been filed by the United

States Attorney.

      IT IS SO ORDERED.

Dated: _July 12, 2007_____

_____
JAMES LARSON
United States Magistrate Judge