SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234
Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0426 MAG |
| Plaintiff, | ) | |
| v. | ) | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| JUAN AGUAYA RAMON, | ) | |
| Defendant. | ) | |

To the Honorable James Larson, United States Chief Magistrate Judge of the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Juan Aguaya Ramon, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled matter in this Court, and therefore petitioner

//

//

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0426 MAG

1  requests that this Court issue the Writ as presented.

2

3  DATED: 7/30/07                                    Respectfully submitted,

4                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
5

6
                                                     _____/s/_____
7                                                    WENDY THOMAS
                                                     Special Assistant United States Attorney
8

9  IT IS SO ORDERED.

10

11 DATED:

12                                                   _____
                                                     HON. JAMES LARSON
13                                                   United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0426 MAG
2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of Sonoma County Jail, 2777 Ventura Avenue, Santa Rosa, California 95403.

**GREETINGS**

The prisoner, Juan Aguaya Ramon, Booking # 9971414, is in custody in the above-referenced institution. He is required to appear on August 13, 2007 on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that on August 13, 2007, at 9:30 a.m., you have and produce the body of Juan Aguaya Ramon, Booking #9971414, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable James Larson, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so Juan Aguaya Ramon may then and there appear for prosecution upon the charges filed against him in the above-captioned case. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

//
//
//
//
//
//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0426 MAG

3

WITNESS the Honorable Joseph C. Spero, United States Chief Magistrate Judge of the United States District Court for the Northern District of California.

DATED:                    CLERK
                          UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA

                          _____
                          DEPUTY CLERK