SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00426 JL |
| Plaintiff, ) | **NOTICE OF CHANGE OF COUNSEL** |
| v. ) | |
| JUAN AGUAYA RAMON, ) | |
| Defendant. ) | |

The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant United States Attorney ("AUSA") for this case is Wendy Thomas. Future ECF notices should be sent to AUSA Thomas only at the

///
///
///
///
///

Case # CR 07-00426 JL
NOTICE OF CHANGE OF COUNSEL

1  ///

2  email address of wendy.thomas@usdoj.gov.  AUSA Derek Owens should be removed

3  from the list of persons to be noticed.

4

5  DATED: August 15, 2007           Respectfully submitted,

6                                    SCOTT N. SCHOOLS
                                     United States Attorney
7

8                                           /S/
                                     _____
9                                    WENDY THOMAS
                                     Assistant United States Attorney

Case # CR 07-00426 JL
NOTICE OF CHANGE OF COUNSEL