```
                                          FILED

                                          2007 SEP 21 PM 2:25

                                          RICHARD W. WIEKING
                                              CLERK
                     UNITED STATES DISTRICT COURT
                                          NO. DIST OF C'
                     NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|           Plaintiff, ) | NO.  CR-07-0426 MAG |
|     v. ) | |
| JUAN AGUAYA RAMON      , ) | ORDER FOR RELEASE FROM |
| _____, ) | FEDERAL CUSTODY |
|           Defendant(s).  ) | |

The defendant(s) having appeared before the undersigned Magistrate, and upon good showing, IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant(s).

DATED: 9/21/07

_____
UNITED STATES MAGISTRATE

NOTES: DEFENDANT TO GO INTO ICE CUSTODY.
_____
_____
_____

ORDER FOR RELEASE FROM
FEDERAL CUSTODY